UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE RAMOS,<br><br>                                  Plaintiff,<br>v.<br>YANETH DE HERNANDEZ, et al.,<br>                                  Defendants. | Case No. 2:15-cv-02078-APG-PAL<br><br>ORDER<br><br>(Mot WD – ECF No. 16) |

This matter is before the court on attorney Ramzy P. Ladah's Motion to Withdraw as Attorney of Record (ECF No. 16) for Plaintiff Jorge Ramos. The motion represents that counsel can no longer ethically represent Ramos as irreconcilable differences have arisen between them. Mr. Ladah does not see that these differences are reconcilable in the future. Mr. Ladah therefore, seeks leave to withdraw as counsel of record.

The discovery cutoff in this matter is July 25, 2016. Mr. Ladah requests that the current discovery deadlines be stayed to allow Mr. Ramos to either seek new counsel or proceed in this matter pro se. The court has already granted one stipulation to extend the discovery plan and scheduling order deadlines, and will address any request to adjust the deadlines in a hearing conducted after Plaintiff either retains substitute counsel or indicates he will be appearing pro se, that is representing himself. Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Ladah's Motion to Withdraw (ECF No. 16) is **GRANTED**.
2. Plaintiff Jorge Ramos shall have until **August 12, 2016,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court

1

    that he will be appearing in this matter *pro se*.

3. Ramos' failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that Ramos' complaint be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

4. A status and scheduling hearing is set for **August 16, 2016, at 9:45 a.m., in Courtroom 3B.**

5. The Clerk of the Court shall serve Ramos with a copy of this order at his last known address:

Jorge Ramos
3233 Arlene Way, #4
Las Vegas, NV  89108
(702) 502-3046

DATED this 14th day of July, 2016.

                _____
                PEGGY A. LEEN
                UNITED STATES MAGISTRATE JUDGE