UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE RAMOS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VILOS TRUCKING and YANETH DE HERNANDEZ,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02078-APG-PAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>(ECF No. 20) |

　　　　On September 14, 2016, Magistrate Judge Leen entered a report and recommendation recommending that I dismiss this case with prejudice because the plaintiff has not complied with the court's orders. ECF No. 20.  Plaintiff Jorge Ramos did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).  I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1).  Judge Leen sets forth the proper legal analysis and factual basis for the decision.

　　　　IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 20) is accepted** and plaintiff Jorge Ramos's amended complaint **(ECF No. 1-1) is DISMISSED with prejudice**.

　　　　IT IS FURTHER ORDERED that the clerk of court shall close this case and enter judgment in favor of defendants Vilos Trucking and Yaneth De Hernandez and against plaintiff Jorge Ramos.

　　　　DATED this 3rd day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE